

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
RAYMOND BRADLEY,                 :
                                 :
            Plaintiff,           :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9295 (NRB)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

for further administrative proceedings, including holding a new hearing. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       January 3 , 2008

                                BINDER & BINDER, P.C.
                                Attorneys for Plaintiff

                           By: _____
                                CHARLES E. BINDER, ESQ.
                                215 Park Avenue, South
                                  6th Floor
                                New York, New York  10003
                                Telephone No.: (212) 677-6801

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York
                                Attorney for Defendant

                           By: _____
                                LESLIE A. RAMIREZ-FISHER
                                Assistant United States Attorney
                                86 Chambers Street - 3rd Floor
                                New York, New York  10007
                                Telephone No.: (212) 637-0378
                                Leslie.Ramirez@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
1/14/08