UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAYMOND BRADLEY,

                Plaintiff,                      07Civ 9295(NRB)

      -against-                       **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,                          07 Civ 9295 NRB

                Defendant.

-------------- ----------------------------------------------X

Whereas, the parties having stipulated to remand this case to the Commissioner, pursuant sentence four of 42 USC Sec. 405(g) for further administrative proceedings, and the Court on JAN 14 2008 having issued its Stipulated Order directing the Clerk to enter judgment remanding this case to the Commissioner for further administrative proceedings and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Stipulation and Order dated Jan 14, 2008, judgment is hereby entered remanding this case to the Commissioner for further administrative proceedings, pursuant to sentence four of 42 USC Sec. 405(g).

**DATED**: NYC,NY

      JAN 15, 2008                            **J. MICHAEL MC MAHON**

                                                       Clerk of Court

                                                       By: _____

                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____